ACCEPTED
08-20-00179-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 9:25 AM
ELIZABETH G. FLORES
CLERK

**NO. 08-20-00179-CR**

**IN THE
COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
3/17/2021 9:25:17 AM
ELIZABETH G. FLORES
Clerk

**EDUARDO SANCHEZ**                                          **APPELLANT**

**v.**

**THE STATE OF TEXAS**                                          **APPELLEE**

---

**STATE'S FIRST MOTION
FOR AN EXTENSION OF TIME TO FILE THE STATE'S BRIEF**

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, the State of Texas in the above styled and numbered cause, pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, and requests an extension of time in which to file the State's Brief, and would show the Court as follows:

1. Appellant was convicted of murder in the 243rd Judicial District Court of El Paso County, Texas, in a case styled, *The State of Texas v. Eduardo Sanchez*, cause number 970D11378.

2. The State's Brief is currently due to be filed on March 24, 2021.

3. This extension is requested for 30 days until April 23, 2021.

4. No prior motions for an extension of time to file the State's Brief have been previously requested by the State and granted by this Court.

5. The undersigned attorney for the State has been unable to complete the State's Brief in a timely manner during the briefing period and requests this extension due to the following factors:

(a) Since the filing of Appellant's Brief, the undersigned completed and filed in this Court the State's Brief in the following case:

*Eddie Estep v. The State of Texas*, Cause Number 08-19-00280-CR (23 issues).

(b) The undersigned is also responsible for preparing and filing in this Court the State's Brief in the following cases:

*Rudy Abarca v. The State of Texas*, Cause Number 08-19-00038-CR, due March 23, 2021 (response to motion for rehearing).

## PRAYER

WHEREFORE, the State prays that its extension request will be granted until April 23, 2021.

Respectfully submitted,

YVONNE ROSALES
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT

/s/ Justin M. Stevens
JUSTIN M. STEVENS
ASST. DISTRICT ATTORNEY
EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO
EL PASO, TEXAS 79901
(915) 546-2059 ext. 3310
FAX (915) 533-5520
E-MAIL: jstevens@epcounty.com
SBN 24100511

ATTORNEYS FOR THE STATE

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent via the E-file system on March 17, 2021, to Appellant's attorney, Todd Morten, at tmorten@epcounty.com.

/s/ Justin M. Stevens
JUSTIN M. STEVENS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Justin Stevens
Bar No. 24100511
jstevens@epcounty.com
Envelope ID: 51550312
Status as of 3/17/2021 9:44 AM MST

Associated Case Party: EDUARDOSANCHEZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Todd Morten | | tmorten@epcounty.com | 3/17/2021 9:25:17 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DISTRICT ATTORNEYAPPEALS | | daappeals@epcounty.com | 3/17/2021 9:25:17 AM | SENT |